UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PHYLLIS LEWANDOWSKI,

        Plaintiff,

   v.

BUREAU OF COLLECTION RECOVERY,

        Defendant.

Civil Action No. 10-CV-270

---

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Phyllis Lewandowski, hereby voluntarily dismisses this action against Defendant Bureau of Collection Recovery, with prejudice.

DATED:    May 6, 2010

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884